UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:21-cv-00484

**Shields of Strength,**
*Plaintiff,*

v.

**U.S. Department of Defense et al.,**
*Defendants.*

# ORDER

Defendants' motion for clarification regarding pending claims (Doc. 112) is granted. Because plaintiff's second amended complaint (Doc. 110) states that it does not attempt to re-raise any previously dismissed claims, all previously dismissed claims that are repleaded in the second amended complaint are dismissed.

Defendants' previously pending motion to dismiss for lack of subject-matter jurisdiction (Doc. 68) is denied without prejudice as moot in light of plaintiff's second amended complaint. The individual-capacity defendants' motion for partial final judgment (Doc. 88) and defendants' motion to compel (Doc. 94) remain pending.

Defendants' motion for an extension of time (Doc. 113) is granted, and the deadline for a response to the second amended complaint (Doc. 113) is extended to January 18, 2024. If defendants move to dismiss that complaint, they need not file an answer to that complaint until 14 days after the court has resolved such a motion to dismiss. *See* Fed. R. Civ. Proc. 12(a)(4)(A).

*So ordered by the court on December 12, 2023.*

J. Campbell Barker
United States District Judge