IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| SHIELDS OF STRENGTH,<br><br>      Plaintiff,<br><br>    v.<br><br>UNITED STATES DEPARTMENT OF DEFENSE, et al.,<br><br>      Defendants. | Case No. 6:21-cv-00484 |

**JOINT STATUS REPORT**

Counsel for Plaintiff and Defendants hereby file this Joint Status Report. On January 24, 2025, following Defendants' unopposed motion to postpone trial (Dkt. 312), the Court issued an order that administratively closed the case in order for the parties to discuss settlement (Dkt. 323). The Court has continued the stay to allow the parties to continue to discuss settlement. Most recently, on July 11, 2025, the Court granted a motion to continue to stay the Case for an additional 30 days, ordering the parties to "file appropriate dismissal documents, or otherwise inform the court why they were unable to do so, by July 27, 2025."[1] Dkt. 343. In accordance with the Court's order, the parties hereby notify the Court that the parties have not reached final agreement due to remaining differences on several provisions of the license agreement template. The parties continue to discuss their disagreements on the trademark license agreement template, and have not reached an impasse at this time.

The parties recognize that the Court indicated that it "will order an additional round of mediation if the parties still disagree on the settlement terms after the [most recent] extension

---

[1] Since July 27, 2025 falls on a Sunday, this motion is being filed the next business day, July 28, 2025.

expires." Dkt. 343. Nevertheless, even in the absence of such an order, the parties have continued to discuss their disagreements on the license agreement template, and have successfully narrowed the scope of the remaining disputes. If the Court orders an additional round of mediation, the parties respectfully request that the mediation be scheduled at least thirty (30) days in the future, so that the parties have an opportunity to continue to work on and finalize the licensing agreement and submit appropriate dismissal papers.

Dated: July 28, 2025

Jeffrey C. Mateer
Texas Bar No. 13185320
jmateer@firstliberty.org
Hiram S. Sasser, III
Texas Bar No. 24039157
hsasser@firstliberty.org
David J. Hacker
Texas Bar No. 24103323
dhacker@firstlibertly.org
Erin E. Smith (admitted *pro hac vice*)
Oklahoma Bar No. 35232
esmith@firstliberty.org
FIRST LIBERTY INSTITUTE
2001 West Plano Parkway
Suite 1600
Plano, TX 75075
(972) 941-4444 – Telephone
(972) 423-6162 – Facsimile

Respectfully submitted,

By: */s/ Carl E. Bruce*
Carl E. Bruce
Texas Bar No. 24036278
bruce@fr.com
Leonard E. Davis
Texas Bar No. 05521600
ldavis@fr.com
FISH & RICHARDSON P.C.
1717 Main Street, Suite 5000
Dallas, TX 75201
(214) 747-5070 – Telephone
(214) 747-2091 – Facsimile

Kenneth Hoover
Texas Bar No. 24092537
hoover@fr.com
Nicholas Wang
Texas Bar No. 24137702
nwang@fr.com
FISH & RICHARDSON P.C.
111 Congress Ave., Suite 810
Austin, Texas 78701
(512) 472-5070 – Telephone
(512) 320-8935 – Facsimile

Oliver Richards
orichards@fr.com
FISH & RICHARDSON P.C.
12860 El Camino Real, Suite 400
San Diego, CA 92130
(858) 678-4705 – Telephone

**COUNSEL FOR PLAINTIFF
SHIELDS OF STRENGTH**

| | |
|---|---|
| BRETT A. SHUMATE<br>Assistant Attorney General<br><br>SCOTT D. BOLDEN<br>Director<br><br>Attorneys for Agency and Official-Capacity Defendants | By: */s/ Scott D. Bolden*<br>ROBERT W. MEYER<br>Trial Attorneys<br>United States Department of Justice<br>Civil Division, Federal Programs Branch<br>1100 L St NW<br>Washington DC 20005<br>Tel: (202) 305-0872<br><br>DAVID L. PACE (DC 1741420)<br>THOMAS J. SULLIVAN (DC 1049063)<br>JENNA E. MUNNELLY (MD Bar)<br>Trial Attorneys |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on July 28, 2025 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system.

*/s/ Carl E. Bruce*
Carl E. Bruce