UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:21-cv-00484

**Shields of Strength,**
*Plaintiff,*

v.

**United States Department of Defense et al.,**
*Defendants.*

**O R D E R**

In light of the parties' representation regarding settlement (Doc. 348), the court orders the parties to undertake an additional round of in-person mediation with Magistrate Judge John D. Love.

The mediation shall take place the week of September 8 or the week of September 15, 2025. Within seven days of the date of this order, the parties shall contact Judge Love's chambers to set the exact date, time, and place for mediation. The parties are ordered to file a status report within seven days of the mediation and, in any event, no later than September 26, 2025.

Further, the court sets this case for an in-person status conference to discuss remaining issues and whether to set the case for trial, if it appears that a complete settlement has not in fact been reached. That status conference is set for Monday, September 29, 2025, at 10:00 a.m. in Tyler, Texas. The parties may move for cancellation of that status conference upon the filing of proper dismissal documents.

*So ordered by the court on August 4, 2025.*

J. CAMPBELL BARKER
United States District Judge