UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:21-cv-00484

**Shields of Strength,**
*Plaintiff,*

v.

**United States Department of Defense et al.,**
*Defendant.*

**O R D E R**

On September 18, 2025, the parties filed a joint stipulation of dismissal signed by counsel for all parties under Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Doc. 354. Plaintiff's claims 1, 2, 8, 9, and 10 (Doc. 110) against defendants in their official capacity are thus dismissed with prejudice. Plaintiff's claims 4, 5, 6, 7, and 13 (Doc. 110) against defendants in their official capacity are dismissed without prejudice. Plaintiff's claims against defendants Paul Jensen, Jessica O'Haver, Nadine Santiago, and April Rowden in their individual capacities are dismissed with prejudice. Any pending motions are denied as moot. The clerk of court is directed to close the case.

*So ordered by the court on September 23, 2025.*

J. Campbell Barker
United States District Judge